ANDREW L. COLOCOTRONIS (pro hac vice)
HERBERT S. SANGER, JR. (pro hac vice)
WAGNER, MYERS & SANGER, P.C.
1801 First Tennessee Plaza
Knoxville, TN 37929
865.525.4600 (Tel)
865.291.0419 (Facsimile)

ANDREW P. GORDON, ESQ.
Nevada Bar No. 3421
McDONALD CARANO WILSON LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone:  702-873-4100
Facsimile:   702-873-9966

*Attorneys for Defendant/Counter-Plaintiff*
*UNITED ARTISTS THEATRE CIRCUIT, INC.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| CCR/AG SHOWCASE PHASE I OWNER, LLC, a Delaware limited liability corporation, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) | 2:08-cv-00984-RCJ-GWF |
| v. | ) ) ) ) ) | |
| UNITED ARTISTS THEATRE CIRCUIT, INC., a Maryland Corporation, | ) ) ) | |
| Defendant/Counter-Plaintiff. | ) | |

### PROPOSED ORDER MODIFYING SCHEDULING ORDER TO EXTEND DATE TO FILE JOINT PRETRIAL ORDER

The matter comes before the Court on the motion by Defendant/Counter-Plaintiff, United Artists Theatre Circuit, Inc. ("UA") for an extension of time to file the joint pretrial order.  After having read and considered the First Request to Modify

Scheduling Order to Extend Date to File Joint Pretrial Order,

    IT IS HEREBY ORDERED that UA's First Request to Modify Scheduling Order to Extend Date to File Joint Pretrial Order is granted and the joint pretrial order shall be filed by July 22, 2011.

_____
United States Magistrate Judge

Dated: June 21, 2011