**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CCR/AG SHOWCASE PHASE I OWNER, L.L.C., )<br>              )<br>              Plaintiff,        )<br>              )<br>vs.           )<br>              )<br>UNITED ARTISTS THEATRE CIRCUIT, INC., )<br>              )<br>              Defendant.     )<br>_____) | Case No.  2:08-cv-00984-RCJ-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Second Request to Modify Scheduling Order to Extend Date to File Joint Pretrial Order (#149), filed July 22, 2011, and Plaintiff's Opposition to UA's Second Motion to Extend (#151), filed July 25, 2011.  The Court conducted a hearing on August 9, 2011.  After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS ORDERED** Defendant's Second Request to Modify Scheduling Order to Extend Date to File Joint Pretrial Order (#149) is **granted, in part.**  Defendant shall provide to Plaintiff its portion of the joint pretrial order no later than **August 19, 2011**.

**IT IS FURTHER ORDERED** that the final Joint Pretrial Order shall be filed with the court no later than **August 29, 2011**.

DATED this 9th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge