# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CCR/AG SHOWCASE PHASE 1 OWNER, L.L.C., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED ARTISTS THEATRE CIRCUIT, INC., <br><br> Defendant. | Case No.: 2:08-CV-00984-RCJ-GWF <br><br> **MINUTE ORDER** <br><br> September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 218, 219 & 220 ) set for Monday, November 26, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____
ROBERT C. JONES
United States Chief District Judge