# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CCR/AG SHOWCASE PHASE 1 OWNER, L.L.C., | Case No.: 2:08-CV-00984-RCJ-GWF |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| | September 17, 2012 |
| UNITED ARTISTS THEATRE CIRCUIT, INC., | |
| Defendant. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that oral argument on (Docket 218, 219 & 220 ) set for Monday, November 26, 2012, is VACATED.

The court will issue a written order on the pleadings.

**IT IS SO ORDERED** this 17th day of September, 2012.

_____

ROBERT C. JONES
United States Chief District Judge